UNITED STATES BANKRUPTCY COURT
DISTRCT OF CONNECTICUT
BRIDGEPORT DIVISION

Chapter 13

In Re: Pietro Rotondo
**Debtor**
Residing at 38 Winding Lane
Norwalk, CT 06851

Case No: To Be Assigned
10-52693
October 25, 2010

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to the Local Rules of the United States District Court for the District of Connecticut and the United State Bankruptcy Court for the District of Connecticut, I, Susan Red, Esq., a member in good standing of the bar of this Court, herby move for an Order allowing the admission pro hac vice of

> H. Bruce Bronson, Jr.
> Bronson Law Offices, P.C.
> 600 Mamaroneck Ave., Suite 409
> Harrison, NY 10528
> (914) 356-1728

H. Bruce Bronson, Jr. is a member in good standing of the Bar in the States of New York and Pennsylvania. There are no pending disciplinary proceedings against him in any State or Federal court.

WHEREFORE, Susan Red prays for an order granting admission to H. Bruce Bronson, Jr. Pro Hac Vice.

Dated: 10/25/10

BY: _Susan D. Red_
Susan Dale Red (ct26915)
sred@theredlawfirm.com
Red Law Firm, LLC
7 Elm Street, 2nd Floor
New Haven, Connecticut 06510
Tel: (203) 773-3500
Fax: (203) 773-3508

UNITED STATES BANKRUPTCY COURT
DISTRCT OF CONNECTICUT
BRIDGEPORT DIVISION

In Re Pietro Rotondo                           Chapter 13
    Debtor
**Residing at 38 Winding Lane**
**Norwalk, CT 06851**                          Case No: To Be Assigned

## Affidavit of H. Bruce Bronson, Jr.

State of New York    )
                     ) ss:
County of Westchester )

I, H. Bruce Bronson, Jr., state under oath that:

1. I am a member of the law firm Bronson Law Offices, P.C.
2. I submit this affidavit in support of the motion by Susan Red, Esq. that I be admitted Pro Hac Vice in the above captioned matter.
3. I am a member in good standing of the Bar in the States of New York and Pennsylvania.
4. There are no pending disciplinary proceedings against me.
5. Attached to this affidavit is a copy of my Certificate of Good Standing from the United States District Court for the Southern District of New York.
6. Wherefore the affiant respectfully submits that he be permitted to appear as counsel and advocate Pro Hac Vice in this one case

November 2, 2010
Date

_____
H. Bruce Bronson, Jr.

Sworn and subscribed to me this
    day of October, 2010.

_____
Notary Public, State of New York
My commission expires on

ANDREA C. SCACCIANOCE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6196302
Qualified In Putnam County
My Commission Expires November 10, 2012



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **H. Bruce Bronson** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **30 th** day of **April 1980**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 21, 2009.

*James Edward Pelzer*
Clerk of the Court

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    H. BRUCE BRONSON, JR.    </u>, Bar # <u>    HB3263    </u>

was duly admitted to practice in this Court on

<u>    AUGUST 12, 1980    </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>300 Quarropas Street<br>White Plains, New York</u>    on    <u>SEPTEMBER 3, 2010</u>

<u>Ruby J. Krajick</u>
Clerk

by <u>[signature]</u>
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRCT OF CONNECTICUT
BRIDGEPORT DIVISION

In Re Pietro Rotondo                                Chapter 13
    **Debtor**
**Residing at 38 Winding Lane**
**Norwalk, CT 06851**                               Case No: To Be Assigned

### ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Susan Red, Esq dated October 25, 2010, it is hereby:

ORDERED that H. Bruce Bronson, Jr. be admitted Pro Hac Vice to the United States Bankruptcy Court for the District of Connecticut in connection with the above captioned matter.

Dated:_____, 2010
Bridgeport, CT

Entered:                                         _____
                                                 United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRCT OF CONNECTICUT
BRIDGEPORT DIVISION

In Re Pietro Rotondo
**Debtor**
**Residing at 38 Winding Lane**
**Norwalk, CT 06851**

Chapter 13

Case No: To Be Assigned

### ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Susan Red, Esq dated _____, 2010, it is hereby:

ORDERED that H. Bruce Bronson, Jr. be admitted Pro Hac Vice to the United States Bankruptcy Court for the District of Connecticut in connection with the above captioned matter.

Dated:_____, 2010
Bridgeport, CT

Entered:                                                                            _____
                                                                                              United States Bankruptcy Judge