Form ntchrgBKBPT

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years including married, maiden, trade and address):
Pietro Rotondo
aka Peter Rotondo
38 Winding Lane
Norwalk, CT 06851

Bankruptcy Proceeding No.:   10–52693
Chapter: 13
Judge:   Alan H.W. Shiff

### NOTICE OF HEARING

**The Court has filed papers with the court.**

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604

on 12/16/10 at 02:00 PM

to consider and act upon the following:

*16* – Court's Motion to Dismiss Case for Failure to Electronically File in Accordance With This Court's Administrative Procedures. (RE: [2] Voluntary Petition (Chapter 13) filed by Debtor Pietro Rotondo, [4] Certificate of Credit Counseling filed by Debtor Pietro Rotondo, [5] Chapter 13 Statement of Current Monthly and Disposable Income filed by Debtor Pietro Rotondo) (Rai, Sujata)

NOTICE IS FURTHER GIVEN that said hearing may be continued or adjourned from time to time; without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

Date of Issuance by the Clerk: 11/22/10

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court