UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| Pietro Rotondo | ) CASE NO. 10 52693 |
| DEBTOR(S) | ) December 8, 2010 |

### REQUEST FOR CONFIRMATION HEARING AND MOTION TO DISMISS

    Molly T. Whiton, Chapter 13 Standing Trustee herein, respectfully requests that a confirmation hearing be scheduled in the above-captioned case, and, in the event that the plan is not confirmable, moves for a dismissal of the case.

    In the event the plan is not confirmed, the Trustee requests an administrative allowance in the amount of $250.00 to be paid from any funds held pursuant to Section 1326.

                                   /S/ Molly T. Whiton
                                   _____
                                   Molly T. Whiton, Chapter 13 Trustee
                                   Fed. ID. No. 02214
                                   10 Columbus Boulevard, 6th Floor
                                   Hartford, CT 06106
                                   Tele:(860) 278-9410 Fax:(860) 527-6185
                                   mtwhiton@mtwhiton.com

    This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

**Debtor:**
Pietro Rotondo
38 Winding Lane
Norwalk, CT  06851

The following were served electronically:

**Debtor's Counsel:**
H. Bruce Bronson Jr.
sred@theredlawfirm.com

**U.S. Trustee**
USTPREGION02.NH.ECF@USDOJ.GOV


                                   /S/ Molly T. Whiton
                                   _____
                                   Molly T. Whiton, Chapter 13 Trustee
                                   Fed. ID. No. 02214
                                   10 Columbus Blvd., Hartford, CT 06106
                                   Tele:(860) 278-9410 Fax:(860)527-6185
                                   mtwhiton@mtwhiton.com


PLEASE SET FOR: 1/20/11