UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| IN RE: | | |
| PIETRO ROTONDO a/k/a PETER ROTONDO | : | CHAPTER 13 |
| DEBTOR | : | CASE NO. 10-52693 |
| | | |
| JPMORGAN CHASE BANK, | | |
| NATIONAL ASSOCIATION | | |
| MOVANT | | |
| VS. | | |
| PIETRO ROTONDO a/k/a PETER ROTONDO | | |
| DEBTOR | : | JANUARY 7, 2011 |
| MOLLY T. WHITON, TRUSTEE | | |
| RESPONDENTS | | |

OBJECTION TO CONFIRMATION

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a secured creditor in the above bankruptcy case, by its undersigned counsel, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION respectfully objects to confirmation of Debtor's Plan and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in support of its objection respectfully alleges:

1. Upon information and belief the Plan does not pay the total arrearages due and owing JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

2. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION further reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant.

3. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION prays that confirmation of the Debtor's plan be denied.

THE MOVANT

By: _____
Linda St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606
Federal Bar No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER

## CERTIFICATION

     I hereby certify that a copy of the foregoing was served via ECF e-mail and/or via first-class postage prepaid mail this 7th day of January 2011 to the following parties:

Pietro Rotondo  
38 Winding Lane  
Norwalk, CT 06851  
(Debtor)

H. Bruce Bronson, Jr.  
Bronson Law Offices, P.C.  
600 Mamaroneck Ave  
Suite 409  
Harrison, NY 10528  
(Debtor's Attorney)

Susan Dale Red  
Red Law Firm, LLC  
7 Elm Street, 2nd Floor  
New Haven, CT 06510  
(Debtor's Attorney)

Molly T. Whiton  
10 Columbus Boulevard  
Hartford, CT 06106  
(Trustee)

U. S. Trustee  
Office of the U.S. Trustee  
Giaimo Federal Building  
150 Court Street, Room 302  
New Haven, CT 06510

_____  
Linda St. Pierre, Esq.  
Hunt Leibert Jacobson, PC  
Fed ID No. CT 22287