UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

IN RE:
PIETRO ROTONDO a/k/a PETER ROTONDO : CHAPTER 13
    DEBTOR : CASE NO. 10-52693 AHWS

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
    MOVANT : RE: DOC. I.D. NO. 38
VS
PIETRO ROTONDO a/k/a PETER ROTONDO
    DEBTOR
MOLLY T. WHITON, TRUSTEE :
    RESPONDENTS

## ORDER GRANTING JPMORGAN CHASE BANK, NATIONAL ASSOCIATION RELIEF FROM STAY

WHEREAS, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, having filed a Motion for Relief from Automatic Stay (Doc. I.D. No. 38); and

WHEREAS, the Court having found after a duly noticed hearing that there exists good cause in granting the Motion, it is hereby ORDERED:

1. That the Automatic Stay of Section 362(a) and 11 U.S.C. §1301(a) if applicable in the above-captioned estate is modified to permit JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and/or its successors and assigns to commence and/or continue and prosecute to resolution a foreclosure action against the Debtor's interest in real property known as **38 Winding Lane, Norwalk, Connecticut** in accordance with state law and/or permit JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and/or its successors and assigns to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, and

2. That the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable so that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION may immediately enforce and implement this order granting relief from automatic stay.

3. No deficiency judgment shall be enforced without the further order of this court.

Dated: February 1, 2011                         By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge