**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In Re: | : |
| PIETRO ROTONDO | : CASE NO. 10-52693AHWS |
|  | : CHAPTER 13 |
| DEBTOR | : |

## OBJECTION TO CHAPTER 13 PLAN

Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services Inc. hereby objects to the debtor's Chapter 13 Plan (the 'Plan'), and in support of this objection states as follows:

1. The Debtor's Plan does not provide for the treatment of Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services Inc.'s secured claim on the Debtor's 2003 Chevrolet Blazer, and upon information and belief, the Debtor intends to pay Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services Inc. outside the Plan.

2. However, the Plan states 'With respect to each allowed secured claim: a. The holder of such claim retain the lien securing such claim until the earlier of: (1) the payment of the underlying debt determined under non-bankruptcy law; or (2) discharge under Section 1328;…'

3. Upon information and belief, this language is derived from 11 U.S.C. Section 1325(a)(5) which deals with 'allowed secured claims provided for by the plan'.

4. Since the Plan does not specifically state 'With respect to each allowed secured claim provided for by the plan…', this section could be construed to apply to allowed secured claims being paid outside the Plan.

5. It is possible that Debtor could receive a discharge before Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services Inc.'s secured claim is paid in full, and therefore Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services Inc. objects to any inference

that it would lose its lien in such a situation, and requests that the Plan be amended accordingly, and for the treatment to be specified.

Dated: February 7, 2011

        WELLS FARGO DEALER SERVICES INC.
        F/K/A WACHOVIA DEALER SERVICES INC.

        /s/Mitchell J. Levine
        Mitchell J. Levine
        Federal Bar No. CT 07985
        Counsel for Wells Fargo Dealer Services Inc.
        F/K/A Wachovia Dealer Services Inc.
        Law Offices of Nair & Levin, P.C.
        707 Bloomfield Avenue
        Bloomfield, CT 06002
        Telephone No. 860-242-7585
        Fax No. 860-242-2980
        e-mail address: mlevine@nairlevin.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: | : |
| PIETRO ROTONDO A/K/A PETER ROTONDO | : CASE NO. 10-52693AHWS |
| | : CHAPTER 13 |
| DEBTOR | : |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2011 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice (see attached 'Exhibit A'):

(1) a copy of the Objection to the Chapter 13 Plan

Dated:  February 7, 2011

           MOVANT
           WELLS FARGO DEALER SERVICES INC.
           F/K/A WACHOVIA DEALER SERVICES INC.

           /s/Mitchell J. Levine
           Mitchell J. Levine
           Federal Bar No. CT 07985
           Counsel for Wells Fargo Dealer Services Inc.
           F/K/A Wachovia Dealer Services Inc.
           Law Offices of Nair & Levin, P.C.
           707 Bloomfield Avenue
           Bloomfield, CT 06002
           Telephone No. 860-242-7585
           Fax No. 860-242-2980
           e-mail address: mlevine@nairlevin.com

## **SCHEDULE A**

Debtor's Attorney
H. Bruce Bronson, Jr.
600 Mamaroneck Avenue Suite 409
Harrison, NY 10528

**Susan Dale Red**
Red Law Firm, LLC
7 Elm Street, 2nd Floor
New Haven, CT 06510


Pietro Rotondo
Aka Peter Rotondo
37 Winding Lane
Norwalk, CT 06851

Trustee
Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106

U.S. Trustee
U.S. Trustee
Office of the U. S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-7016


    /s/Mitchell J. Levine
    Mitchell J. Levine