UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In Re:

**Pietro Rotondo,**

      **Debtor**

Bankruptcy Case No. 10-52693
Chapter 13

Judge: Alan H. W. Shiff

### Certification of Service

The undersigned hereby certifies that on March 18, 2011, I served true and correct copies of the Notice of Hearing and Instructions, Motion to Determine Value of Property and Motion to Avoid Lien with HSBC, and Proposed Order, either by operation of the Court's electronic filing system or via postage prepaid first class mail, to the following:

Hsbc Bank
Attn: Bankruptcy
PO Box 5253
Carol Stream, IL 60197
(Creditor)

HSBC Mortgage Services, Inc.
PO Box 21188
Eagan, Minnesota 55121
(Creditor)

Hsbc/ms
PO Box 3425
Buffalo, NY 14240
(Creditor)

Molly T. Whiton
Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT 06106

United States Trustee
Giaimo Federal Building
150 Court Street
Room 302
New Haven, CT 06510

Brice, Vander Linden, and Wernick, PC
9441 LBJ Freeway
Suite 350
Dallas, TX 75243
(Attorney for HSBC)

3/18/2011
Date

_____
H. Bruce Bronson, Jr.
600 Mamaroneck Ave
Suite 400
Harrison, NY 10528